UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

NICOLE CAMERON,
Trustee for the Bankruptcy Estate of
Herbert Jackson and Lula Jackson,

      Plaintiff,                    CASE NO.: 8:19-cv-2228

v.

SYNCHRONY BANK, a/k/a/
SYNCHRONY FINANCIAL,
a foreign for-profit corporation,
RESURGENT CAPITAL SERVICES, L.P.
a foreign limited partnership,
LVNV FUNDING, LLC,
a foreign limited liability company,
AMERICAN CORADIUS
INTERNATIONAL LLC,
a foreign limited liability company, and
CREDIT CONTROL, LLC,
a foreign limited liability company,

      Defendants.
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT** on this date, Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. hereby remove the above-captioned matter to this Court from the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida and in support thereof aver as follows:

1.     Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. are the defendants in a civil action originally filed on or about July 31, 2019, in the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division titled *Nicole Cameron, Trustee for the Bankruptcy Estate of Herbert Jackson and Lula Jackson v. Synchrony Bank,*

1

*Resurgent Capital Services, L.P., LVNV Funding, LLC, American Coradius International, LLC and Credit Control, LLC* and docketed to Case No. 19-006284-CO.

2. The undersigned counsel represents both Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. and respectfully confirms that both Defendants consent to this removal.

3. This removal is timely under 28 U.S.C. § 1446(b). Defendants received service of process on August 7, 2019.

4. Pursuant to 28 U.S.C. § 1446, attached hereto as Exhibit A are copies of all process, pleadings and orders received by Defendants in the state court action.

5. The United States District Court for the Middle District of Florida, Tampa Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against Defendants alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

6. On this date, Defendants have provided notice of this Removal to counsel for Plaintiff and to the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Civil Division.

7. Defendants Synchrony Bank, American Coradius International, LLC and Credit Control, LLC consent to this Removal. *See* Exhibit B, collectively.

WHEREFORE, Defendants respectfully remove this case to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

        By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
ERIKA M. SMITH, ESQUIRE
FL Bar No. 0127438
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
esmith@messerstrickler.com
*Counsel for Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P.*

## **CERTIFICATE OF SERVICE**

I certify that on September 6, 2019, a true copy of the foregoing document was served as follows:

*By CM/ECF*
Ian R. Levengood, Esq.
Sean E. McEleney, Esq.
Kelly C. Burke, Esq.
Leavengood, Dauval & Boyle, P.A.
d/b/a LeavenLaw
3900 First Street N., Suite 100
St. Petersburg, FL 33703
consumerservices@leavenlaw.com
smceleney@levenlaw.com
kburke@leavenlaw.com
*Counsel for Plaintiff*

*By CM/ECF*
Marian G. Kennady
REED SMITH LLP
1001 Brickell Bay Drive
Suite 900
Miami, FL 33131
Telephone: (786) 747-0200
Facsimile: (786) 747-0299
Mkennady@reedsmith.com
*Attorneys for Defendant Synchrony Bank, a/k/a Synchrony Financial*

*By CM/ECF*
Ashley Wydro, Esq.
Florida Bar No. 0106605
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
3350 Buschwood Park Drive, Suite 195
Tampa, Florida 33618
Telephone: (813) 440-5327
Facsimile: (877) 334-0661
awydro@sessions.legal
dvanhoose@sessions.legal

*By CM/ECF*
Christopher P. Hahn, Esq.
Fla. Bar No. 87577
MAURICE WUTSCHER LLP
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Tel: (772) 237-3410
Fax: (866) 581-9302
chahn@MauriceWutscher.com
litigation@MauriceWutscher.com
*Counsel for Defendant, Credit Control, LLC*

**MESSER STRICKLER, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
ERIKA M. SMITH, ESQUIRE
FL Bar No. 0127438
12276 San Jose Blvd.
Suite 720
Jacksonville, FL 32223

          (904) 527-1172
          (904) 683-7353 (fax)
          lburnette@messerstrickler.com
          esmith@messerstrickler.com
          *Counsel for Defendants LVNV Funding, LLC and*
          *Resurgent Capital Services, L.P.*

Dated: September 6, 2019